UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VINCE LEAVELL HOWINGTON, SR.,

**STIPULATION OF**
**DISCONTINUANCE**

Plaintiff,

v.

Civil Action No.: 5:15-CV-115

JASON EIFFE and MICHAEL HARD,

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties in the above-entitled action, that no party hereto being an infant or incompetent person for whom a committee has been appointed and no person not a party having an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued with prejudice and on the merits, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 22, 2017

NIXON PEABODY, LLP

By: Daniel J. Hurteau, Esq.
*Attorneys for Plaintiff,*
*Vince Leavell Howington, Sr.*
677 Broadway, 10th Fl.
Albany, New York 12207-2996
Tel: (518) 427-2652

Dated: October 4, 2017

JOSEPH E. FAHEY, ESQ.
CORPORATION COUNSEL

By: Christina F. DeJoseph, Esq.
*Attorneys for Defendants,*
*Jason Eiffe and Michael Hard*
Assistant Corporation Counsel
233 E. Washington St., Room 300
Syracuse, New York 13202
Tel: (315) 448-8400

IT IS SO ORDERED:

Andrew T. Baxter
U.S. Magistrate Judge

Dated: October 6, 2017
Syracuse, NY